IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**KEITH LAVELL THOMAS**                                                      **PLAINTIFF**

v.                                No. 4:17-CV-568-BD

**SOCIAL SECURITY ADMINISTRATION**                            **DEFENDANT**

## JUDGMENT

Pursuant to the order entered in this case on this date, it is CONSIDERED, ORDERED, and ADJUDGED that the final decision of the Social Security Administration, is AFFIRMED. Judgment is entered in favor of the Commissioner.

SO ORDERED, this 19th day of November, 2018.

_____
UNITED STATES MAGISTRATE JUDGE